UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AARON SCOTT,

    Plaintiff,

v.                                            Case No. 8:25-cv-674-TPB-TGW

POLK COUNTY SHERIFF'S OFFICE, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Thomas G. Wilson, United States Magistrate Judge, entered on July 3, 2025.   (Doc. 3). Judge Wilson recommends that Plaintiff's complaint (Doc. 1) be dismissed without prejudice, with leave to amend.   No objection to the report and recommendation has been filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1); *Camby v. Davis,* 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).   A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made."   28 U.S.C. § 636(b)(1)(C).   When no objection is filed, a court reviews the report and recommendation for clear error.   *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Wilson's report and recommendation, the Court adopts the report and recommendation in full. Consequently, the complaint is dismissed without prejudice. Plaintiff is granted leave to file an amended complaint to correct the deficiencies identified in the report and recommendation, and should he decide to file an amended complaint, Plaintiff is directed to file a new motion to proceed without costs along with the amended complaint.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Wilson's report and recommendation (Doc. 3) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) The complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**, with leave to amend.

(3) Plaintiff is directed to file an amended complaint and motion to proceed without costs on or before August 12, 2025. Failure to file an amended complaint as directed will result in this Order becoming a final judgment. *See Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 719-20 (11th Cir. 2020).

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 22nd day of July, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE